FILED
January 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:25-CR-00141-AM** |
| v. | § § § | **INDICTMENT** |
| JUAN JOSE OROZCO-BOLANOS, | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about December 20, 2024, in the Western District of Texas, Defendant,

JUAN JOSE OROZCO-BOLANOS,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about December 19, 2024, and that Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

███████████████
FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
NALLEY DUARTE
Assistant United States Attorney